UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
UNITED STATES OF AMERICA            :      **ORDER**

      - v. –                              :      23 CR 257 (PAE)

ANGELO PALENCIA,                    :

    Defendant.                      :
------------------------------ X

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on February 20, 2024;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
            March 12, 2024

                                                   _____
                                                   HONORABLE PAUL A. ENGELMAYER
                                                   UNITED STATES DISTRICT JUDGE