**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 3, 2024

BY ECF
Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: **United States v Angelo Palencia**, 23 Cr. 257 (PAE)

Dear Judge Engelmayer:

I write, with the consent of the Government, to request an adjournment of the sentencing hearing in the above captioned matter currently scheduled for June 20, 2024. In preparation for sentencing, I have employed the services of a forensic psychiatrist to evaluate Mr. Palencia and additional time is required for the completion of this evaluation and a written diagnostic report that I intend to submit to the Court. This is the first request for an adjournment of the sentencing hearing.

Therefore, I respectfully request an adjournment of the sentencing hearing of approximately 60 days.

Sincerely,

/s/ Amy Gallicchio

Amy Gallicchio, Esq.
Assistance Federal Defender
O: 212-417-8728
C: 917-612-3274

Cc: AUSA Andrew Jones

Granted. The sentencing is hereby rescheduled to September 19, 2024 at 10:30 a.m.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge
June 4, 2024