August 30, 2024

<u>By ECF and EMail</u>
Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: **United States v Angelo Palencia**, 23 Cr. 257 (PAE)

Dear Judge Engelmayer:

I write, with the consent of the Government, to request an adjournment of the sentencing hearing in the above captioned matter currently scheduled for September 19, 2024. In preparation for sentencing, I am collecting past medical and treatment records and letters of support and require additional time to complete that process and to prepare the defense sentencing submission. This is the second request for an adjournment of the sentencing hearing.

After consultation with the Government, and in consideration of the parties' schedules and availability, I respectfully request an adjournment of the sentencing hearing to a date in early December.

Sincerely,

/s/ Amy Gallicchio
_____
Amy Gallicchio, Esq.
Assistance Federal Defender
O: 212-417-8728
C: 917-612-3274

**GRANTED.** Sentencing is adjourned to December 12, 2024 at 10:30 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 52.

SO ORDERED.                                   9/3/2024

_____
PAUL A. ENGELMAYER
United States District Judge